

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2019

No. 04-19-00088-CV

**ELG OIL, LLC** and ELG Utility, LLC,
Appellants

v.

**STRANCO SERVICES, LLC,**
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 16-03-00056-CVK-A
Honorable Russell Wilson, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Luz Elena D. Chapa, Justice

The Appellee's Unopposed Motion to Extend Time to File Motion for Panel Rehearing is hereby GRANTED. Time is extended to November 8, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2019.

_Luz Estrada_
LUZ ESTRADA,
Chief Deputy Clerk